FILED IN
COURT OF CRIMINAL APPEALS

March 3, 2015

ABEL ACOSTA, CLERK

PD-0572-14, PD-0573-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/3/2015 11:14:52 AM
Accepted 3/3/2015 12:23:11 PM
ABEL ACOSTA
CLERK

NOS. PD-0572-14 & PD-0573-14

| | | |
|---|---|---|
| PATRICIA DONALDSON | § | IN THE COURT OF CRIMINAL |
| VS. | § | APPEALS FOR THE STATE |
| THE STATE OF TEXAS | § | OF TEXAS AT AUSTIN |

---

ON APPEAL FROM THE
282ND JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS
IN CAUSE NOS. F10-00433-S & F10-00435-S
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS IN CAUSE NOS. 05-13-00598-CR & 05-13-00599-CR

---

## MOTION TO WITHDRAW AS APPOINTED COUNSEL
## ON PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW the undersigned attorney, Kathleen A. Walsh, on behalf of the Dallas County Public Defender's Appellate Division and moves to withdraw as appointed counsel on the Petition for Discretionary Review in this case. In support of this motion, the undersigned attorney would show the Court the following:

I.

On February 4, 2015, this Court granted Appellant's pro se petition for discretionary review and issued an Order to Determine Representation to the trial court. Pursuant to that order, the trial court appointed the Dallas County Public

Defender's Appellate Division to represent Appellant on her petition for discretionary review. *See Appendix A*.

## II.

The undersigned attorney represented Appellant on her appeal in these cases. After reviewing the opinion from the court of appeals and the applicable law, the undersigned attorney declined to file a petition for discretionary on Appellant's behalf. During the course of my representation on the appeal, Appellant continually expressed great dissatisfaction with the work which was done on her behalf.

In view of my legal analysis of Appellant's cases and subsequent decision not to file a petition for discretionary review, together with Appellant's extreme dissatisfaction with our office's representation of her on appeal, the undersigned attorney has formed the opinion that Appellant would be best served by having an attorney appointed to represent her on the petition for discretionary review who is not a member of the Dallas County Public Defender's Office.

## IV.

This Motion is not brought for purposes of delay but is brought to ensure that Appellant receives the effective assistance of counsel on the petition for discretionary review.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Court grant the Motion to Withdraw as Appointed Counsel on Petition for Discretionary Review and enter an order requiring the trial court to appoint substitute counsel to represent Appellant.

Respectfully submitted,

Lynn Richardson
Chief Public Defender
Dallas County

/s/ Kathleen A. Walsh
Kathleen A. Walsh
Assistant Public Defender
State Bar No. 20802200
133 N. Riverfront Blvd., LB-2
Dallas, TX.  75207-4399
(214) 653-3550 (telephone)
(214) 653-3539 (fax)
kwalsh@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Alexis Hernandez, Assistant District Attorney on the 3rd day of March, 2015 by electronic transmission to Alexis.Hernandez@dallascounty.org.

/s/ Kathleen A. Walsh
Kathleen A. Walsh

APPENDIX A

**TRIAL COURT CAUSE NO. F10-00433-S**
**COURT OF CRIMINAL APPEALS NO. PD-0572-14**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 282ND JUDICIAL |
| V. | § | DISTRICT COURT |
| PATRICIA DONALDSON | § | DALLAS COUNTY, TEXAS |

## ORDER APPOINTING COUNSEL

In accordance with the order of the Court of Criminal Appeals in this cause, this Court determined that the defendant/appellant, Patricia Donaldson, did desire to have counsel represent her on her appeal. The Court finds that the defendant/appellant filed a pauper's oath and was determined to be indigent at the time she filed her notice of appeal. The defendant/appellant was represented on direct appeal by the Appellate Division of the Dallas County Public Defenders Office. The Court finds that there is no evidence demonstrating a change in circumstance. The Court therefore finds that the defendant/appellant remains indigent.

The Court appoints the Appellate Division of the Dallas County Public Defenders Office, 133 N. Riverfront Blvd. – LB 2, Dallas, Texas 75207, to represent the defendant/appellant on her petition for discretionary review.

The Clerk of this Court is ordered to immediately forward a copy of this order to the Court of Criminal Appeals in Austin. The Clerk is further ordered to immediately forward a copy of this order to the Appellate Division of the Dallas County Public

Defenders Office and to the defendant/appellant, Patricia Donaldson, Dallas County

Jail, Bookin Number 13028305.

SIGNED this ___10___ day of February, 2015.

_____
AMBER GIVENS-DAVIS, JUDGE
282ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 282ND JUDICIAL** |
| **V.** | § | **DISTRICT COURT** |
| **PATRICIA DONALDSON** | § | **DALLAS COUNTY, TEXAS** |

## ORDER APPOINTING COUNSEL

In accordance with the order of the Court of Criminal Appeals in this cause, this Court determined that the defendant/appellant, Patricia Donaldson, did desire to have counsel represent her on her appeal. The Court finds that the defendant/appellant filed a pauper's oath and was determined to be indigent at the time she filed her notice of appeal. The defendant/appellant was represented on direct appeal by the Appellate Division of the Dallas County Public Defenders Office. The Court finds that there is no evidence demonstrating a change in circumstance. The Court therefore finds that the defendant/appellant remains indigent.

The Court appoints the Appellate Division of the Dallas County Public Defenders Office, 133 N. Riverfront Blvd. – LB 2, Dallas, Texas 75207, to represent the defendant/appellant on her petition for discretionary review.

The Clerk of this Court is ordered to immediately forward a copy of this order to the Court of Criminal Appeals in Austin. The Clerk is further ordered to immediately forward a copy of this order to the Appellate Division of the Dallas County Public

Defenders Office and to the defendant/appellant, Patricia Donaldson, Dallas County

Jail, Bookin Number 13028305.

SIGNED this ___|O___ day of February, 2015.

                                     **AMBER GIVENS-DAVIS, JUDGE**
                                     **282ND JUDICIAL DISTRICT COURT**
                                     **DALLAS COUNTY, TEXAS**